NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

10-639

STATE OF LOUISIANA
VERSUS
DAPHANIE COMEAUX
A.K.A. DAPHANIE CURRY TILGHMAN

**********

APPEAL FROM THE
LAFAYETTE CITY COURT
PARISH OF LAFAYETTE, NO. SC1998-1864
HONORABLE FRANCES M. BOUILLION, CITY COURT JUDGE

**********

J. DAVID PAINTER
JUDGE

**********

Court composed of Oswald A. Decuir, J. David Painter, and David E. Chatelian*, Judges.

APPEAL DISMISSED.

David Smith
Lafayette Parish District Attorney's Office
Post Office Box 3306
Lafayette, Louisiana 70502
(337) 232-5170
COUNSEL FOR PLAINTIFF/APPELLEE:
    State of Louisiana

_____

*Judge DAVID E. CHATELAIN, participated in this decision by appointment of the Louisiana Supreme Court as Judge Pro Tempore.

**Randy J.Lassiegne**
**Attorney at Law**
**Post Office Box 5313**
**Lafayette, Louisiana 70502**
**(337) 233-1720**
**COUNSEL FOR INTERVENORS/APPELLANTS:**
**    Safety National Casualty Corporation and A-Able Bonding, Inc.**

**Daphanie Comeaux**
**a.k.a. Daphanie Curry Tilghman**
**915 South College Street, Apt. 102**
**Lafayette, Louisiana 70506**
**DEFENDANT/APPELLEE:**
**     In Proper Person**

PAINTER, Judge.

For the reasons assigned in *City of Lafayette v. Dahanie Comeaux a.k.a. Daphanie Curry Tilghman*, filed under this court's docket number 10-48, we hereby dismiss this appeal as premature at Appellants' costs.

**APPEAL DISMISSED.**

This opinion is **NOT DESIGNATED FOR PUBLICATION.**
Rules 2-16.2 and 2-16.3, Uniform Rules, Courts of Appeal.